UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NAOMI L. HAYNES

VERSUS

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY ADMINISTRATION

CIVIL ACTION

NO. 11-2289

SECTION "F" (2)

## ORDER

The Court, after considering the petition, the record, the applicable law, the

Magistrate Judge's Findings and Recommendation, and the objections to the Magistrate

Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings

and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that

plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this _____ day of _____, 2012.

UNITED STATES DISTRICT JUDGE